# ASGNMENT

## SECTION 1 - THE PARTIES

**Party # 1 – Richard Quigley - Assignor**

      Richard Quigley (D/O/B _6/12/1965_ and located at 13544 Old Hope Road, Box 291, Charlie Lake, BC V0C 1HO CANADA (hereinafter "Quigley" or "Party # 1") is the owner of 100% of the interests and rights to recovery and ownership of certain claims for recovery of monies that were paid and sent by international wire transfers between 2016 to 2018 to various persons, entities, governmental institutions and financial institutions and which monies (hereinafter "Monies Paid / Wired") were paid and sent from, to and through certain banks and financial institutions located in Canada, the United States and elsewhere in the world as part of the purchase and recovery and acquisition of various assets including but not limited to estate assets, real property, leases, contract rights, outstanding contract revenue, personal property, unpaid but earned income, pension and retirement plans, monies held in bank accounts, assets deposited into safe deposit boxes and vaults and other real and personal property and assets and which "Monies Paid / Wired" certain third parties in bank accounts including but not to the below listed institutions and other persons / entities who / which assisted with the transfer of monies:

### Bank and Financial Institutions Involved :

Bank of America, Bank of Montreal, Barclays, BNP Paribas, Canadian Imperial Bank of Commerce, Citibank, Chase (JP Morgan Chase), Compass Bank, Credit Registry Corp (United Bank of Africa), East West Bank, Fidelity Investments, Forte – Equity Bank, Huntington National Bank, Money Gram, MUFG Union Bank, PNC Bank, Royal Bank of Canada, Scotia Bank, Sun Trust, TD Bank, USAA, Western Union, Wells Fargo, Zhejiang Tailong Commercial Bank, The World Bank and other sending intermediary, receiving and transferor/transferee banks and institutions as may be identified in the future.

### Other Persons / Entities or Institutions :

Internet / Domain Service Providers, Lawyers, Government or Quasi-Government Agencies, Transportation Companies, Insurance Companies and such other persons / entities that were involved with the solicitation, sending and receiving of the "Monies Paid / Wired"

**Party # 2 - Edward D. Fagan - Assignee**

      Edward D. Fagan (D/O/B: 20/10/52) residing at 590 NE Wavecrest Way, Boca Raton, FL 33432 and US Passport # 505608731 (hereinafter "Assignee" or "Party # 2").

## SECTION 2 - ASSIGNOR & ASSIGNEE

2.1     Party # 1 Quigley hereby assigns to Party # 2 Fagan the absolute right and

Initials: _____ and _____                        Page 1

authority to take actions indicated below on behalf of 100 % of Quigley's interests in the recovery of the "Monies Paid / Wired" as described in Section 1.1 above and (i) to file administrative, regulatory, civil and criminal complaints, (ii) to make claims related to recovery of monies paid and transferred; (iii) to make claims to compel identification of the undisclosed parties to whom the paid and transferred monies may have been subsequently transferred by the banks and/or persons identified to date; and (iv) to make claims against the banks and other persons/institution who/which were involved with and or benefitted from the "Monies Paid / Wired".

    **2.2**    Upon the successful conclusion of efforts and/or claims as explained above related to recovery of "Monies Paid / Wired" or when any portion of the "Monies Paid / Wired", plus interest and other damages, are returned, Party # 2 Fagan and Party # 1 Quigley agree that recovered monies, plus any additional interest and/or other damages, shall be deposited into a Trust or Escrow account of a mutually agreed upon lawyer or accountant in Fort Saint John, British Columbia and the monies shall be retained in such Trust or Escrow account until the parties agree upon division of the recovered monies and payment of any unpaid fees and expenses incurred.

    **2.3**    Upon the successful recovery of "Monies Paid / Wired", plus any additional interest and other damages, the parties further agree that they shall meet, discuss and agree upon an equitable and fair division of any additional monies and assets that may be recovered.

    **2.4**    The assignment shall take effect as of this date and shall last up to and including

_____.

    **2.5**    Party # 2 Fagan agrees to use his best efforts and diligence to pursue persons, entities, financial institutions, government institutions and others involved with "Monies Paid / Wired" and (i) locate and identify the entities responsible for and/or involved with the above referenced "Monies Paid / Wired", (ii) compel the return of "Monies Paid / Wired", plus appropriate interest and other damages and (iii) compel compliance of the return of other assets for which the "Monies Paid / Wired" were transferred, wired and paid.

    **2.6**    Party # 1 Quigley and Party # 2 Fagan shall agree upon a budget and payment of all ongoing fees, expenses and costs associated with the above stated purposes. Any fees, expenses and costs that may be incurred and which have not been agreed to by the Parties shall be borne exclusively by the Party who / which was responsible for incurring the fees, expenses and costs that were not included in the agreed upon budget.

    **2.7**    This assignment is personal to Fagan and may NOT re-assigned to third parties or others without the prior written consent of Party 1.

Initials: _____ and _____

## SECTION 3 – CONDITION(S)

**3.1**     Party # 2 Fagan has paid ten dollars (USD) and has provided other good and valuable consideration to Party # 1 Quigley in order to purchase for this Assignment.

**3.2**     Party # 2 represents that he will undertake and pursue civil and criminal claims which are intended to secure the return of the "Monies Paid / Wired", to secure the payment of damages and expenses and to identify and hold responsible all persons, entities, financial institutions and / or government agencies that were involved with and / or benefited from the "Monies Paid / Wired".

**3.3**     Party # 1 Quigley understands and agrees that (i) Party # 2 Fagan is not and will not offer legal advice to Party # 1 Quigley during the course of his work during this Assignment, (ii) Party # 1 Quigley has his own lawyer and / or has had a chance to consult with his own lawyer prior to entering into this Assignment.

## SECTION 4 – WARRANTY

**4.1**     For purposes of this Assignment, Party # 1 Quigley hereby warranties and confirms that has the absolute right to execute this assignment and that he will provide all reasonable cooperation with the Party # 2 Fagan to assist him in the performance of the obligations contained herein.

**4.2**     Insofar as legally permissible, any warranty as to Party # 2 Fagan's performance, success or results (other than Party # 2 Fagan's using its best efforts) to secure performance of the above contracts or to recover the advance fees paid or any other damages is disclaimed.

## SECTION 5 - OBLIGATION OF COOPERATION

Party # 1 Quigley agrees to cooperate with Party # 2 Fagan with regard to the preparation of declarations, statements or evidence needed for applications to regulatory, administrative, civil and criminal investigations.

## SECTION 6 - DUTY TO CONSULT & STRATEGIZE

Party # 2 Fagan agrees to consult and strategize with Party # 1 Quigley the efforts he will take in the performance of his obligations contained herein.  Party # 2 Fagan shall also consult and strategize with Party # 2 Quigley with regard to any responses and/or opposition to Party # 2 Fagan's efforts.

## SECTION 7 - WRITTEN FORM: CHOICE OF LAWS: SEVERABILITY

Initials: _____ and _____                                    Page 3

**7.1**     Amendments and addenda or corrections to this Assignment are not valid unless set forth in writing and notarized.

**7.2**     The Parties agree that this Assignment is governed by the laws of the United States and Canada and that in the event of any dispute related to this Assignment, the Court(s) of the United States and Canada shall both be deemed competent to hear and shall have jurisdiction over any dispute.

## SECTION 8 – DISPUTE RESOLUTION BINDING ARBITRATION

**8.1**     In the event of a dispute between the parties, prior to being able to submit the dispute to a Court, the parties agree that the dispute must first be submitted for binding (and non-appealable) Arbitration in Canada or the United States, before the Canadian Arbitration Association ( https://canadianarbitrationassociation.ca/ ) or the American Arbitration Association – ( https://www.adr.org/ ) and arbitrators shall be chosen from the list of recognized and approved arbitrators from either of those two Associations.

**8.2**     The arbitration shall be conducted in accordance with the Rules of the American Arbitration Society and/or the Canadian Arbitration Society, depending upon the choice of Arbitration Associations.

**8.3**     In the event the dispute is submitted for Arbitration, the Arbitration shall be conducted and concluded within 6 months of the date it is submitted.

## SECTION 9 – MISCELLANEOUS PROVISIONS

**9.1**     Should individual provisions or clauses of this Assignment be or become invalid in whole or in part, the remaining provisions hereof shall continue to apply. The Parties agree to act in good faith in replacing the invalid provision by agreeing upon a valid provision that most closely approximates the spirit and purpose of the invalid provision.

**9.2**     Prior to executing this Assignment, each Party has had an opportunity to consult with his / their own counsel. This Assignment is made with full authority and knowledge of its terms, conditions and presents.

**9.3**     It is agreed that Party # 1 Quigley shall pay Party # 2 Fagan limited / reduced consulting fees and reimbursement of expenses according to a budget that shall be agreed upon by them.   In the event, Party # 2 Quigley refuses to agree upon a budget or does not timely pay the agreed upon budgeted fees and reimbursements, Party # 2 Fagan shall be return the Assignment and suspend or cease performance of the actions contemplated herein.

Initials: _____ and _____

## This Assignment is approved by the Parties as follows:

**Assignor – Party # 1**

Dated: ~~Dec~~ JAN 18 / 2019

Fort Saint John, British Columbia

Richard Quigley

Notarized By:
Dated: _____

Fort Saint John, British Columbia

Print Name: PA STEVEN COPE
Address: 10740 10D 8T
FT St JOHN BC

Notary Seal

Tel #: 250 262 4 333
Email: cope @ Keterbergleu . CA

-------------------------------------------------

**Assignee – Party # 2**

Edward D. Fagan accepts this Assignment according to the above terms / conditions.

Dated: Jan. 18, 2019

Boca Raton, Florida

Edward D. Fagan

Notarized By:
Dated: _____

Boca Raton, Florida

Print Name: Edward D. Fagan
Address: 590 NE Wavecrest Way
Boca Raton FL 33432

Notary Seal

Tel #: 561 - 400 - 2287
Email: faganinternational@
gmail.com

Initials: _____ and _____                                    Page 5

# ASSIGNMENT

## SECTION 1 - THE PARTIES

### Party # 1 – Anton W. Stoeckl - Assignor

Anton W. Stoeckl (D/O/B _April 15, 1944_ located at 4609 Baldonnel Road, B.C. V0C 1C4 – CANADA individually (hereinafter "Stoeckl" or "Party # 1") is the owner of 100% of interests and rights to recovery and ownership of certain claims for recovery of monies that were paid and sent by international wire transfers between 2016 to 2018 to various persons, entities, governmental institutions and financial institutions and which monies (hereinafter "Monies Paid / Wired") were paid and sent from, to and through certain banks and financial institutions located in Canada, the United States and elsewhere in the world as part of the purchase and recovery and acquisition of various assets including but not limited to estate assets, real property, leases, contract rights, outstanding contract revenue, personal property, unpaid but earned income, pension and retirement plans, monies held in bank accounts, assets deposited into safe deposit boxes and vaults and other real and personal property and assets and which "Monies Paid / Wired" certain third parties in bank accounts including but not to the below listed institutions and other persons / entities who / which assisted with the transfer of monies:

### Bank and Financial Institutions Involved :

Bank of America, Bank of Montreal, Barclays, BNP Paribas, Canadian Imperial Bank of Commerce, Citibank, Chase (JP Morgan Chase), Compass Bank, Credit Registry Corp (United Bank of Africa), East West Bank, Fidelity Investments, Forte – Equity Bank, Huntington National Bank, Money Gram, MUFG Union Bank, PNC Bank, Royal Bank of Canada, Scotia Bank, Sun Trust, TD Bank, USAA, Western Union, Wells Fargo, Zhejiang Tailong Commercial Bank, The World Bank and other sending intermediary, receiving and transferor/transferee banks and institutions as may be identified in the future.

### Other Persons / Entities or Institutions :

Internet / Domain Service Providers, Lawyers, Government or Quasi-Government Agencies, Transportation Companies, Insurance Companies and such other persons / entities that were involved with the solicitation, sending and receiving of the "Monies Paid / Wired"

### Party # 2 - Edward D. Fagan - Assignee

Edward D. Fagan (D/O/B: 20/10/52) residing at 590 NE Wavecrest Way, Boca Raton, FL 33432 and US Passport # 505608731 (hereinafter "Assignee" or "Party # 2").

## SECTION 2 - ASSIGNOR & ASSIGNEE

**2.1**     Party # 1 Stoeckl hereby assigns to Party # 2 Fagan the absolute right and authority to take actions indicated below on behalf of 100 % of Stoeckl's interests in the recovery of the "Monies Paid / Wired" as described in Section 1.1 above and (i) to file

Initials: _____ and _____                                    Page 1

administrative, regulatory, civil and criminal complaints; (ii) to make claims related to recovery of monies paid and transferred; (iii) to make claims to compel identification of the undisclosed parties to whom the paid and transferred monies may have been subsequently transferred by the banks and/or persons identified to date; and (iv) to make claims against the banks and other persons/institution who/which were involved with and or benefitted from the "Monies Paid / Wired".

**2.2**     Upon the successful conclusion of efforts and/or claims as explained above related to recovery of "Monies Paid / Wired" or when any portion of the "Monies Paid / Wired", plus interest and other damages, are returned, Party # 2 Fagan and Party # 1 Stoeckl agree that recovered monies, plus any additional interest and/or other damages, shall be deposited into a Trust or Escrow account of a mutually agreed upon lawyer or accountant in Fort Saint John, British Columbia and the monies shall be retained in such Trust or Escrow account until the parties agree upon division of the recovered monies and payment of any unpaid fees and expenses incurred.

**2.3**     Upon the successful recovery of "Monies Paid / Wired", plus any additional interest and other damages, the parties further agree that they shall meet, discuss and agree upon an equitable and fair division of any additional monies and assets that may be recovered.

**2.4**     The assignment shall take effect as of this date and shall last up to and including

_____.

**2.5**     Party # 2 Fagan agrees to use his best efforts and diligence to pursue persons, entities, financial institutions, government institutions and others involved with "Monies Paid / Wired" and (i) locate and identify the entities responsible for and/or involved with the above referenced "Monies Paid / Wired", (ii) compel the return of "Monies Paid / Wired", plus appropriate interest and other damages and (iii) compel compliance of the return of other assets for which the "Monies Paid / Wired" were transferred, wired and paid.

**2.6**     Party # 1 Stoeckl and Party # 2 Fagan shall agree upon a budget and payment of all ongoing fees, expenses and costs associated with the above stated purposes. Any fees, expenses and costs that may be incurred and which have not been agreed to by the Parties shall be borne exclusively by the Party who / which was responsible for incurring the fees, expenses and costs that were not included in the agreed upon budget.

**2.7**     This assignment is personal to Fagan and may NOT re-assigned to third parties or others without the prior written consent of Party 1.

## SECTION 3 – CONDITION(S)

**3.1**     Party # 2 Fagan has paid ten dollars (USD) and has provided other good and

Initials: _____ and _____          Page 2

valuable consideration to Party # 1 Stoeckl for this Assignment.

    **3.2**    Party # 2 represents that he will undertake and pursue civil and criminal claims which are intended to secure the return of the "Monies Paid / Wired", to secure the payment of damages and expenses and to identify and hold responsible all persons, entities, financial institutions and / or government agencies that were involved with and / or benefited from the "Monies Paid / Wired".

    **3.3**    Party # 1 Stoeckl understands and agrees that (i) Party # 2 Fagan is not and will not offer legal advice to Party # 1 Stoeckl during the course of his work during this Assignment, (ii) Party # 1 Stoeckl has his own lawyer and / or has had a chance to consult with his own lawyer prior to entering into this Assignment.

## SECTION 4 – WARRANTY

    **4.1**    For purposes of this Assignment, Party # 1 Stoeckl hereby warranties and confirms that has the absolute right to execute this assignment and that he will provide all reasonable cooperation with the Party # 2 Fagan to assist him in the performance of the obligations contained herein.

    **4.2**    Insofar as legally permissible, any warranty as to Party # 2 Fagan's performance, success or results (other than Party # 2 Fagan's using its best efforts) to secure performance of the above contracts or to recover the advance fees paid or any other damages is disclaimed.

## SECTION 5 - OBLIGATION OF COOPERATION

    Party # 1 Stoeckl agrees to cooperate with Party # 2 Fagan with regard to the preparation of declarations, statements or evidence needed for applications to regulatory, administrative, civil and criminal investigations.

## SECTION 6 - DUTY TO CONSULT & STRATEGIZE

    Party # 2 Fagan agrees to consult and strategize with Party # 1 Stoeckl the efforts he will take in the performance of his obligations contained herein. Party # 2 Fagan shall also consult and strategize with Party # 2 Stoeckl with regard to any responses and/or opposition to Party # 2 Fagan's efforts.

## SECTION 7 - WRITTEN FORM; CHOICE OF LAWS; SEVERABILITY

    **7.1**    Amendments and addenda or corrections to this Assignment are not valid unless set forth in writing and notarized.

Initials: _____ and _____                    Page 3

**7.2** The Parties agree that this Assignment is governed by the laws of the United States and Canada and that in the event of any dispute related to this Assignment, the Court(s) of the United States and Canada shall both be deemed competent to hear and shall have jurisdiction over any dispute.

## SECTION 8 – DISPUTE RESOLUTION BINDING ARBITRATION

**8.1** In the event of a dispute between the parties, prior to being able to submit the dispute to a Court, the parties agree that the dispute must first be submitted for binding (and non-appealable) Arbitration in Canada or the United States, before the Canadian Arbitration Association ( https://canadianarbitrationassociation.ca/ ) or the American Arbitration Association – ( https://www.adr.org/ ) and arbitrators shall be chosen from the list of recognized and approved arbitrators from either of those two Associations.

**8.2** The arbitration shall be conducted in accordance with the Rules of the American Arbitration Society and/or the Canadian Arbitration Society, depending upon the choice of Arbitration Associations.

**8.3** In the event the dispute is submitted for Arbitration, the Arbitration shall be conducted and concluded within 6 months of the date it is submitted.

## SECTION 9 – MISCELLANEOUS PROVISIONS

**9.1** Should individual provisions or clauses of this Assignment be or become invalid in whole or in part, the remaining provisions hereof shall continue to apply. The Parties agree to act in good faith in replacing the invalid provision by agreeing upon a valid provision that most closely approximates the spirit and purpose of the invalid provision.

**9.2** Prior to executing this Assignment, each Party has had an opportunity to consult with his / their own counsel. This Assignment is made with full authority and knowledge of its terms, conditions and presents.

**9.3** It is agreed that Party # 1 Stoeckl shall pay Party # 2 Fagan limited / reduced consulting fees and reimbursement of expenses according to a budget that shall be agreed upon by them and any such fees and reimbursement of expenses by Party # 1 Stoeckl will only be payable after there has been a recovery of the "Monies Paid / Wired".

Initials: _____ and _____         Page 4

**This Assignment is approved by the Parties as follows:**

**Assignor – Party # 1**

Dated: ___JAN 18, 2019___               ___Anton Stoeckl___
    Fort Saint John, British Columbia               Anton W. Stoeckl

Notarized By:
Dated: ___JAN 18/19___
    Fort Saint John, British Columbia      Print Name: _STEVEN COPE_
                                      Address: _10740- 100 S_
                                            _FT ST JOHN, BC_

Notary Seal               Tel #: _250 262 4.333_
                                         Email: _cope@Veterberglawce_

--------------------------------------------------

**Assignee – Party # 2**

Edward D. Fagan accepts this Assignment according to the above terms / conditions.

Dated: ___Jan. 18 2019___               ___Edward D. Fagan___
    Boca Raton, Florida               Edward D. Fagan

Notarized By:
Dated:_____
    Boca Raton, Florida
                                         Print Name: _Edward D. Fagan_
                                         Address: _550 NE Wavecrest Way_
                                              _Boca Raton, FL 33432_

Notary Seal               Tel #: _561-400-0267_
                                         Email: _Faganinternational@_
                                                    _gmail.com_

Initials: _SX_  and  _Ne  Af_               Page 5

# EXHIBIT 3

*A2/1*

## RW Daneluk Inc.

**From:** paul corkum [paulcorkum@hotmail.com]
**Sent:** April 04, 2018 5:20 AM
**To:** Russ Daneluk
**Subject:** Fwd: Draft processed.

Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 4, 2018 at 8:16:26 AM EDT
> **To:** paulcorkum@hotmail.com
> **Subject: Draft processed.**
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>
>
> Greetings,
>
>
>     This is to notify you that we have received the full payment for the re-issue of your bank draft and it would be processed accordingly.
>
>     The bank draft is scheduled to be sent out by the 11th of April 2018, and your recipient in Florida would get it on or before the 17th of April 2018.
>
>     Your delivery would be made by Deutche Post (DHL), and we have been informed by them that upon the delivery of the draft to the recipient, they would require a Florida tax payment of $5,650 before releasing the draft to the receeipient.
>
>     So you are to inform the recipient to have a USA bank draft of $5,650 ready for DHL upon the delivery. As soon as we have you draft sent out, a notification email would be sent to you.



> Kind Regards,

A2/2

**RW Daneluk Inc.**

**From:**
**Sent:**
**To:**

paul corkum [paulcorkum@hotmail.com]
Saturday, August 05, 2017 5:05 PM
Russ@daneluk.com

**Secure Connection**

**Menu Button**
- Balance Field
- Wire Fund
- Edit Profile
- Change PIN

**Welcome: PAUL CORKUM**

Account No:  6088673899

Pending
Balance:   $0.00

Available
Balance:   $27,108,000.00

Account Balance:  $27,108,000.00

**Dash Board**

Supervisor: Mr. DAVID A LEWIS

Beneficiary:

Next Of Kin: KARI PETERS

Client Info: You received $20,000,000 from JP MORGAN CHASE BANK on 08/05/2017

Home
© 2016 BGL BNP Paribas

Sent from Mail for Windows 10

1

**RW Daneluk Inc.**

| | |
|---|---|
| From: | paul corkum [paulcorkum@hotmail.com] |
| Sent: | April 16, 2018 5:31 AM |
| To: | Russ Daneluk |
| Subject: | 123_1.jpg |

---

**HSBC** 

VERIZON WIRELESS
REMITTER

**CASHIER'S CHECK**

DATE 04/12/2018

5,650.00
U.S. DOLLARS

US DOLLAR DRAFT
(CASHIER'S CHECK)
No. 104722108

750-125
225

PAY Five Thousand Six Hundred Fifty Dollars And No Cents

TO
THE
ORDER     DEUTSCHE POST (DHL)
OF

Drawer:HSBC BANK USA. N.A.

_Thomas Burss_
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

Payable through HSBC Bank USA, N.A.

⑈104722108⑈ ⑆022301253⑆ 713010975⑈

Sent from my iPhone

A2/4

## RW Daneluk Inc.

**From:** paul corkum [paulcorkum@hotmail.com]
**Sent:** April 13, 2018 6:15 AM
**To:** Russ Daneluk
**Subject:** {Spam?} Fwd: Bank Draft

Sent from my iPhone

Begin forwarded message:

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** April 13, 2018 at 9:09:27 AM EDT
**To:** russ@daneluk.com
**Cc:** paulcorkum@hotmail.com, dlewis5515@gmail.com
**Subject: Bank Draft**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

Thanks Russell for contacting the chase department of inheritance and estates disbursement. After thoroughly going through your document regarding the money spent on the Mr Peter Grant inheritance, we found out that several wires were sent to various individuals for one main purpose, which is to secure the release of the inheritance payment.

This is to confirm that all the bills that was required by financial institutions and governmental agencies have been duly paid, however on the inheritance assessment that was sent to us by the inheritance advisor Mr. David Lewis, their is a huge gap present within the figures you sent and the figures we received from Mr David Lewis as the expenditure costs. In the next paragraphs, I would break down in segments the reason why we are encountering this at this last stage and possible solutions.

## IMPORTANCE OF INHERITANCE EXPENDITURE CERTIFICATE:

It is a common law in the United States that inheritance are not taxable, however their are various charges and payments that are required by financial institution and governmental agencies which are called **Inheritance Expenditure** in other to liquidate estates and IRA into physical cash. Usually heir to inheritances of this such amount, usually outsource the expenditure payments to banks, wealthy individuals or investment companies, to take part in the spending spree of the expenses, which automatically gives them right to the inheritance.

A2/5

Mr Paul Corkum was considered to be a part of this inheritance because he took up the expenditure in order to liquidate the estates and IRA. In addition, he didn't just took the expenditure part, he wants the draft issued out in his name, which is not a problem as long as Miss Kari is aware of it, which she does and gave her consent to that.

Now here is the importance of the inheritance expenditure certificate: The inheritance expenditure certificate is sent out with payment draft, because it serves as the immunity that covers the payment draft from been tax by any bank or government when the funds is been credited into an account. This expenditure certificate is also been lodged at the United States FDIC, with the names of Paul and Kari, so they would be exempted from money laundering allegations when the funds is credited to their account.

**THE PROBLEM:**

The expenditure amount Mr David Lewis submitted to the board was totaled to $3,500,000.00USD and upon calculating the figures you sent, it was approximated to $2,275,000.00USD. There is a huge contradicting difference of $1,225,000.00USD. The reason this calls for a concern is that the inheritance board already put the total expenditure on this inheritance at the amount Mr David Lewis sent initially, and all that was need were the payment slips to actualize the expenditure amount, hence the reason for the requirement of all payslips.

**THE SOLUTION:**

Their are two ways to how we can solve this issue.

(1) To find all the payment slips of the balance of $1,225,000.00USD and have it sent, so we can finalise the report and have the bank draft and the certificate posted to the address provided,

or

(2) To send us a change of information statement, written on your CPA letterhead and stating the actual amount spent in total towards the release of this inheritance and providing payment slips to back it up. Kindly note that your change of information statement must be confirmed by oath of affirmation from a lawyer practicing in the New York state of America.

Since you are in Canada, we can the handle the litigation aspect for you here in New York at a fee of $36,000.00. All you need to send us would just be the change of information statement on your letterhead and our inheritance law department would handle the litigation aspect.

A2/6

Upon receiving this, your draft would be securely sent out. Do not hesitate to contact me back via email if you need further questions or assistance.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

*A2/7*

## RW Daneluk Inc.

| | |
|---|---|
| **From:** | Kenneth Corkum [krc64@icloud.com] |
| **Sent:** | April 17, 2018 9:26 AM |
| **To:** | Russ Daneluk |
| **Subject:** | Fwd: Bank Draft |

Sent from Ken's iPad

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 16, 2018 at 10:17:09 AM MST
> **To:** russ@daneluk.com
> **Cc:** paulcorkum@hotmail.com, dlewis5515@hotmail.com, krc64@icloud.com
> **Subject: RE: Bank Draft**
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings to All,

Thanks for your comments Mr. Russell, its my duty to explain fully all your questions until we are all satisfied.  The $340,000.00 that was paid by paribas bank to the tax office was the taxes owed by Mr. Grant Peters on is Early IRA distribution before he was late. Let me explain quickly how the estates was accumulated into $27,000,000.00 USD.

The late Grant Peter's estate was accumulated as a result of his Individual Retirement Account ($7,000,000.00USD) and his estates in Virginia and New York USA ($20,000,000.00USD). The $340,000.00 tax Payment was paid by paribas bank to cover for the early IRA distributions Mr Grant made while he was alive. This tax payment has nothing to do with the inheritance, but was billed because the IRA has been inherited by Kari and Paul, and due to the change of name the tax owed must be paid.

Inheritance funds are not taxable, however, the reason for the $340,000.00 payment has been expressed above and it has nothing to do with the release of estates. If you check the tax document issued, you would see the payment was addressed to Mr. Grant.

Regarding the $7,000,000.00 Cash in Nigeria this is very strange as there was no money of such in Nigeria. Mr Grant had no ties or business activities in Nigeria, all his activities were done from USA and Europe. You said the amount came to Mr Paul in cash, if it did got to him, then how did the funds left his possession? this is really confusing. The $7,000,000.00 was held at Barclays bank, and we requested that its been sent to our care and it was. Its as simple as that.

A2/8



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

2

A2/9

## RW Daneluk inc.

| | |
|---|---|
| **From:** | Chase Bank [chaseheadquarters@draftissue.com] |
| **Sent:** | April 16, 2018 5:07 AM |
| **To:** | russ@daneluk.com |
| **Cc:** | paulcorkum@hotmail.com; dlewis5515@gmail.com |
| **Subject:** | Bank Draft |

Greetings Russell,

Thanks for your email over the weekend, sorry for the late in reply. I have review the new figures you sent to me and according to my understanding, the original total amount spent according to your calculations towards the release of this inheritance funds by your clients is $4,484,231 USD, which is about $984,231 USD greater than the initial amount of $3,500,000.00 David Lewis sent to the board.

**Below is the deficiency in calculations:**

Amount Spent according to David Lewis:               $3,500,000.00USD

                                                                              +

Additional amount by Russell Daneluk inc:           $984,231.00USD.

                                                                              =

Total amount spent according to Russell Daneluk inc: $4,484,231.00 USD

                                                                              -

Total payslips amount in our record as of 04/13/18 :   $2,275,000.00USD

                                                                              =

Total discrepancy as of 04/16/18:                        $2,209,231.00USD

-------------------------------------------------------------------------------------------------------------
-------------------------------

**Appendix Schedule A:**

It was stated that David Lewis made a total payment of $1,140,000.00 out of the Paribas bank. However, the only acceptable payment from appendix A, is the $550,000.00 USD, that was sent to Spain to support the family of the Late Clara Peters.

This fund was withdrew on the directive of both Mr Paul and Miss Kari to support the family of Kari's sister whom is also an heir to the inheritance, but was paid off due to the adjustment of the will.

All other payment as stressed in appendix A, are not pertaining to the release of this inheritance funds, they are payment made on the directive of Mr Paul to Miss Kari for other expenses not relating to this particular inheritance funds.

Due to this explanation the only amount that can be put in to account as per solved discrepancy in appendix schedule A, is the $550,000 USD that was expressed above. Hence, appendix A is in a deficiency of $590,000.00 USD.

## Appendix Schedule B:

It was stated in Appendix schedule B, that $18,000 was sent to Fidelity investment, this is another financial institution not relating to this inheritance funds, again, this seem like a payment that was made for a total different release of fund. This expense is therefore discountenance.

## Appendix Schedule C and D:

The wire sent by an associate called Malcolm Stewart in the amount of $165,511.00 and $5,000 USD has been successfully put in to account as an expense towards the release of the inheritance funds. Appendix C and D is therefore accepted by the Board as an expenditure.

## Appendix Schedule E:

In accordance to appendix Schedule E, we don't understand why certain funds were sent to Nigeria, as the inheritance as nothing to do with Nigeria. The estate was domiciled in United States and payments to Nigeria as no correlation with the inheritance. Payment regarding this inheritance started in November of 2016, when Mr Paul Corkum was contacted by Forte Equity Paribas bank. Payments starting from July of 2016 to Nigeria are not understandable to us, as this may be payment sent for other purposes and not in regards to this inheritance. In regards to this, the Appendix Schedule E cannot be acceptable.

## Appendix Schedule F:

According to the **Russell Daneluk Inc**, $750,000.00 USD was the amount charged to Mr Paul Corkum for accounting services regarding this inheritance. I deeply regret informing you that we can't accept this as an expenditure towards the release of the draft, as this are personal expenditure between **Russell Daneluk Inc and Corkum**. This amount is been paid to a non United States tax paying organisation, and therefore is not acceptable in the United States as part of an inheritance expenditure.

A2/11

## CURRENT CALCULATIONS:

Total acceptable amount spent :                       $3,500,000.00 USD

                                                                        -

Total payslips amount in our record as of 04/13/18 :   $2,275,000.00 USD

                                                                        -

Total accepted discrepancy as of 04/16/18:    $720,511.00    USD

                                                                        =

Total unbalanced discrepancy:                    $504,489.00    USD

-------------------------------------------------------------------------------------------------------------------------------
----------------------------------------

   In my opinion, some amounts of money was paid out in order to secure the release of other estates of Mr. Grant Peters. This payments are not applicable to us as we are just releasing the $27,000,000.00 of Grant Peter estate and we only take to accounts payments applicable to this particular estate.

   At this point no further payments slip would be acceptable from you as we have received all your payment slips and note the ones applicable to us. You are therefore required to either send a payment of the unbalanced discrepancy directly into the inheritance account so as to balance the inheritance expenditure.

OR

Cap the expenditure to $2,995,511.00 USD. You can do this by sending me all the expenditure we have accepted on your letter head and email it back to me. Upon receiving the email from you, a payment of $36,000.00 USD would be required in form of any United States bank draft through Forte equity Paribas bank to us. This payment is to handle the cost of litigation as to the change of information.

Once this is done, your draft would be duly sent out with the inheritance expenditure certificate. You have till the 20th of April, 2018 to make a decision. By the 24th of April, 2018 the already issued draft would be canceled, due to inappropriate expenditure and would be sanctioned and investigated for misappropriate expenditure conduct.

A2/12



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

*A2/13*

**RW Daneluk Inc.**

| | |
|---|---|
| **From:** | Chase Bank [chaseheadquarters@draftissue.com] |
| **Sent:** | April 19, 2018 9:24 AM |
| **To:** | RW Daneluk Inc. |
| **Cc:** | Kenneth Corkum; paulcorkum@hotmail.com; dlewis5515@gmail.com |
| **Subject:** | Re: Grant Peters Estate |

Thanks for your response Mr Russell, this is not the right way to send me the document i requested. You are to put into account all the payments that we acknowledged. Just like the previous email you have sent, make all the payment in a tabular for with the amount send and everything totaled to the agreed amount. Once that is done, then you can add a cover note with it.

On April 19, 2018 at 9:27 PM "RW Daneluk Inc." <russ@daneluk.com> wrote:

Please find attached the letter you require from me re the Grant Peters Estate

*Russell W. Daneluk, CPA, CA*

R.W. DANELUK INC.
Suite 300, 10504 - 100th Avenue
Fort St John, BC  V1J 1Z2
Phone: 250-785-2220
Fax: 250-785-2213

This email communication is intended as a private communication for the sole use of the primary addressee and those individuals listed for copies in the original message. The information contained in this email is private and confidential and if you are not an intended recipient you are hereby notified that copying, forwarding or other dissemination or distribution of this communication by any means is prohibited. If you are not specifically authorized to receive this email and if you believe that, you received it in error, please notify the original sender immediately. We honor similar requests relating to the privacy of email communications

A2/14

RW Daneluk Inc.

| From: | Chase Bank [chaseheadquarters@draftissue.com] |
|---|---|
| Sent: | April 19, 2018 9:24 AM |
| To: | RW Daneluk Inc. |
| Cc: | Kenneth Corkum; paulcorkum@hotmail.com; dlewis5515@gmail.com |
| Subject: | Re: Grant Peters Estate |

Thanks for your response Mr Russell, this is not the right way to send me the document i requested. You are to put into account all the payments that we acknowledged. Just like the previous email you have sent, make all the payment in a tabular for with the amount send and everything totaled to the agreed amount. Once that is done, then you can add a cover note with it.

On April 19, 2018 at 9:27 PM "RW Daneluk Inc." <russ@daneluk.com> wrote:

Please find attached the letter you require from me re the Grant Peters Estate

*Russell W. Daneluk, CPA, CA*

R.W. DANELUK INC.
Suite 300, 10504 - 100th Avenue
Fort St John, BC  V1J 1Z2
Phone: 250-785-2220
Fax: 250-785-2213

This email communication is intended as a private communication for the sole use of the primary addressee and those individuals listed for copies in the original message. The information contained in this email is private and confidential and if you are not an intended recipient you are hereby notified that copying, forwarding or other dissemination or distribution of this communication by any means is prohibited. If you are not specifically authorized to receive this email and if you believe that, you received it in error, please notify the original sender immediately. We honor similar requests relating to the privacy of email communications

A 2/15

**RW Daneluk inc.**

| | |
|---|---|
| **From:** | Chase Bank [chaseheadquarters@draftissue.com] |
| **Sent:** | April 23, 2018 4:47 AM |
| **To:** | russ@daneluk.com |
| **Cc:** | paulcorkum@hotmail.com; krc64@icloud.com; dlewis5515@gmail.com |
| **Subject:** | Fwd: RE: Bank Draft |

Good Morning to All,

The document requested is well received and it has been updated to our systems. The litigation process to effect the change would commence today. The affidavit would be ready by Thursday or Friday, a copy of it would be sent to everyone, and would require Mr Paul Corkum's signature.

Once the affidavit as been signed and returned back to us, a copy of it and the expenditure report you sent us would be forwarded to the FDIC to issue us with the Inheritance expenditure certificate. The certificate takes about 3-5 business days to be issued out. So in all, the draft and the certificate should be ready for dispatch in another 10 working days give or take.

Kind Regards.



**CHASE**

Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

*A2/16*

Δuk Inc.

Chase Bank [chaseheadquarters@draftissue.com]
April 27, 2018 7:59 AM
paulcorkum@hotmail.com
**Cc:** russ@daneluk.com; krc64@icloud.com; dlewis5515@gmail.com
**Subject:** {Spam?} AFFIDAVIT
**Attachments:** SWORN AFFIDAVIT.pdf

Greetings,

Kindly find the attached affidavit requiring your signature at the appendix. It would be beneficial if you can print just the signature place, sign and have it scanned back to us today. We are hoping to have it sent back to FDIC for processing of the inheritance certificate as soon as possible.

Kind Regards.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

A2/17



UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF ALBANY, NEW YORK.

| | |
|---|---|
| J.P MORGAN CHASE BANK N.A | CIVIL ACTION NO. 1:88cv-607 |
| Plaintiff | |
| -vs- | |
| Mr. PAUL CORKUM and Miss. KARI PETERS | |
| Defendants | |

A2/18

## **AFFIDAVIT**

I, Mr. PAUL CORKUM, of WENDOVER, in TORONTO, CANADA, MAKE OATH AND SAY THAT:

1. THAT THE INHERITANCE EXPENDITURE AMOUNT SPENT IS $2,995,511.00. USD

2. THAT I AM ALSO A BENEFICIARY TO THE GRANT PETERS ESTATE.

3. THAT IN THE CASE OF DISSOLVE WITH KARI PETERS, I OWN 50% OF THE TOTAL VALUE OF THE ESTATE AND KARI PETERS OWN 50%.

4. THAT I WANT THE FEDERAL DEPOSIT INSURANCE CORPORATION, TO ISSUE MY INHERITANCE CERTIFICATE.

5. THAT THE INHERITANCE AMOUNT TO BE RELEASED IS TOTALED AT $27,000,000.00 USD.

STATE OF NEW YORK

COUNTY OF ALBANY

SUBSCRIBED AND SWORN TO BEFORE ME, on the 27th day of April, 2018

(Signature)

Miss. KARI PETERS

A2/19





SIGNATURE and
NOTARY PUBLIC
My Commission expires: <u>MAY 21ST 2020</u>

_____

(Signature)

Mr. PAUL CORKUM

*A2/20*

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** August 3, 2018 at 3:06:08 PM EDT
**To:** paulcorkum@hotmail.com
**Subject: Important Notification**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

We have been notified by Bank of America, North Carolina, that your business with them is complete and we should release your payment draft. Your payment is ready to be released immediately, however your issued draft has gotten dormant has the release date has been over 28 days. In order for your draft for immediate release, we require a re-activation payment of $15,285 from you. As soon as this payment is made to us, your draft would be ready for dispatch 48 hours. Kindly note that if we don't hear back from you in a few days, we would assume you are not ready to have your draft yet, and the re-activation funds increases every 28 calendar days.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

*A2/21*

## RW Daneluk Inc.

**From:** paul corkum [paulcorkum@hotmail.com]
**Sent:** April 04, 2018 5:20 AM
**To:** Russ Daneluk
**Subject:** Fwd: Draft processed.

Sent from my iPhone

Begin forwarded message:

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** April 4, 2018 at 8:16:26 AM EDT
**To:** paulcorkum@hotmail.com
**Subject: Draft processed.**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

This is to notify you that we have received the full payment for the re-issue of your bank draft and it would be processed accordingly.

The bank draft is scheduled to be sent out by the 11th of April 2018, and your recipient in Florida would get it on or before the 17th of April 2018.



Your delivery would be made by Deutche Post (DHL), and we have been informed by them that upon the delivery of the draft to the recipient, they would require a Florida tax payment of $5,650 before releasing the draft to the receipient.

So you are to inform the recipient to have a USA bank draft of $5,650 ready for DHL upon the delivery. As soon as we have you draft sent out, a notification email would be sent to you.

**CHASE**

Kind Regards,

**Martin Graham.**

1

*Aɑ/ɑɑ*

## RW Daneluk Inc.

| | |
|---|---|
| **From:** | paul corkum [paulcorkum@hotmail.com] |
| **Sent:** | April 13, 2018 6:15 AM |
| **To:** | Russ Daneluk |
| **Subject:** | {Spam?} Fwd: Bank Draft |

Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** April 13, 2018 at 9:09:27 AM EDT
> **To:** russ@daneluk.com
> **Cc:** paulcorkum@hotmail.com, dlewis5515@gmail.com
> **Subject: Bank Draft**
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>
>
> Greetings,
>
>    Thanks Russell for contacting the chase department of inheritance and estates disbursement. After thoroughly going through your document regarding the money spent on the Mr Peter Grant inheritance, we found out that several wires were sent to various individuals for one main purpose, which is to secure the release of the inheritance payment.
>
>    This is to confirm that all the bills that was required by financial institutions and governmental agencies have been duly paid, however on the inheritance assessment that was sent to us by the inheritance advisor Mr. David Lewis, their is a huge gap present within the figures you sent and the figures we received from Mr David Lewis as the expenditure costs. In the next paragraphs, I would break down in segments the reason why we are encountering this at this last stage and possible solutions.

## IMPORTANCE OF INHERITANCE EXPENDITURE CERTIFICATE:

It is a common law in the United States that inheritance are not taxable, however their are various charges and payments that are required by financial institution and governmental agencies which are called **Inheritance Expenditure** in other to liquidate estates and IRA into physical cash. Usually heir to inheritances of this such amount, usually outsource the expenditure payments to banks, wealthy individuals or investment companies, to take part in the spending spree of the expenses, which automatically gives them right to the inheritance.

A2/23

Mr Paul Corkum was considered to be a part of this inheritance because he took up the expenditure in order to liquidate the estates and IRA. In addition, he didn't just took the expenditure part, he wants the draft issued out in his name, which is not a problem as long as Miss Kari is aware of it, which she does and gave her consent to that.

Now here is the importance of the inheritance expenditure certificate: The inheritance expenditure certificate is sent out with payment draft, because it serves as the immunity that covers the payment draft from been tax by any bank or government when the funds is been credited into an account. This expenditure certificate is also been lodged at the United States FDIC, with the names of Paul and Kari, so they would be exempted from money laundering allegations when the funds is credited to their account.

**THE PROBLEM:**

The expenditure amount Mr David Lewis submitted to the board was totaled to $3,500,000.00USD and upon calculating the figures you sent, it was approximated to $2,275,000.00USD. There is a huge contradicting difference of $1,225,000.00USD. The reason this calls for a concern is that the inheritance board already put the total expenditure on this inheritance at the amount Mr David Lewis sent initially, and all that was need were the payment slips to actualize the expenditure amount, hence the reason for the requirement of all payslips.

**THE SOLUTION:**

Their are two ways to how we can solve this issue.

(1) To find all the payment slips of the balance of $1,225,000.00USD and have it sent, so we can finalise the report and have the bank draft and the certificate posted to the address provided,

or

(2) To send us a change of information statement, written on your CPA letterhead and stating the actual amount spent in total towards the release of this inheritance and providing payment slips to back it up. Kindly note that your change of information statement must be confirmed by oath of affirmation from a lawyer practicing in the New York state of America.

Since you are in Canada, we can the handle the litigation aspect for you here in New York at a fee of $36,000.00. All you need to send us would just be the change of information statement on your letterhead and our inheritance law department would handle the litigation aspect.

*A2/24*

Upon receiving this, your draft would be securely sent out. Do not hesitate to contact me back via email if you need further questions or assistance.



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

A2/25

**R.W. Daneluk**

| | |
|---|---|
| **From:** | paul corkum <paulcorkum@hotmail.com> |
| **Sent:** | Tuesday, August 14, 2018 7:19 AM |
| **To:** | Russ Daneluk |
| **Subject:** | Fwd: Important Notification |

Sent from my iPhone

Begin forwarded message:

**From:** Chase Bank <chaseheadquarters@draftissue.com>
**Date:** August 14, 2018 at 10:17:25 AM EDT
**To:** paulcorkum@hotmail.com
**Subject: Important Notification**
**Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>

Greetings,

Thank for sending J.P Morgan Chase Bank N.A your re-activation payment, it has been duly received. However, your payment has lapsed the require date of the 28 days window. Our systems would not process your payment draft if its over the time frame you are required to make your payment. In this case you are supposed to make another re-activation payment, but we have waived off 50% of the payment for you, if you can make a late payment fee of $7,642.5 USD on or before 17th of August, 2018.

For your draft to be processed by our disbursement team for the month of August, you are required to send us a late payment of $7,642.5 USD on or before the 17th of August, 2018, in order for your disbursement to be eligible for the next draft processing. For example, if we receive this payment on 17th August, 2018, your payment draft would be processed and delivered to your designated address between the 22nd and 23rd of August, 2018.

*A2/26*

| | |
|---|---|
| **From:** | Chase Bank <chaseheadquarters@draftissue.com> |
| **Sent:** | Thursday, August 30, 2018 8:03 AM |
| **To:** | paulcorkum@hotmail.com |
| **Cc:** | rickdquigley@gmail.com |
| **Subject:** | Cashier Check Issued |

Greetings,

We have issued out a Cashier's Check for your disbursement. Our nominated courier service which is Deutsche Post (DHL) is scheduled to pick your check on 4th of September, 2018, and should be delivered on or before 7th of September 2018.

Kindly note that your cashier check can be cashed at any Bank and Cash Plus center across the United States click on the link below to follow up on associated advice with your Cashier's Check.

**Funds follow up**



Kind Regards,

**Martin Graham.**

Head of Operations

Chase bank wire and draft center hub.

270 Park Avenue

New York, NY 10017

1

A2/27

**From:** paul corkum <paulcorkum@hotmail.com>
**Date:** September 26, 2018 at 12:44:11 PM MST
**To:** "krc64@icloud.com" <krc64@icloud.com>
**Subject:** Fwd: Cashier Check Deliery

Sent from my iPhone

Begin forwarded message:

> **From:** Chase Bank <chaseheadquarters@draftissue.com>
> **Date:** September 26, 2018 at 3:43:23 PM EDT
> **To:** paulcorkum@hotmail.com
> **Subject: Cashier Check Deliery**
> **Reply-To:** Chase Bank <chaseheadquarters@draftissue.com>
>
> Greetings Mr Paul,
>
> According to your request, we have issued out your Cashier's Check for disbursement and our nominated courier service which is Deutsche Post (DHL) delivered your cashier check to the listed address below:
>
> C/O
>
> David Lewis
>
> 220, Henthorne Dr,
>
> Lake Worth, FL. 33461-2050. USA.
>
> Kindly note that your cashier check can be cashed at any Bank and Cash Plus center across the United States.



Kind Regards,

Martin Graham.

A3/1

**RW Daneluk Inc.**

| | |
|---|---|
| From: | paul corkum [paulcorkum@hotmail.com] |
| Sent: | April 30, 2018 2:01 PM |
| To: | Russ Daneluk |
| Subject: | Fwd: Inheritance Insurance Certificate |
| Attachments: | FDIC PAYMENT INVOICE.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>
> **Date:** April 30, 2018 at 4:57:53 PM EDT
> **To:** <chaseheadquarters@draftissue.com>
> **Cc:** <paulcorkum@hotmail.com>
> **Subject: Inheritance Insurance Certificate**
> **Reply-To:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>



FEDERAL DEPOSIT INSURANCE CORPORATION

Dear Business Customer,

We have received your request to issue the inheritance certificate for the GRANT PETER estate domiciled at JP MORGAN CHASE BANK N.A. Kindly find your attached invoice for the issuance of the certificate. Payment should be made to us via the head office of JP MORGAN CHASE in New York, referencing "THE GRANT PETER ESTATE".

A 3/2

FDIC 3064-0134        Email Expiration Date: 04/30/2018

# Privacy Act Statement

Collection of this information is authorized by 12 U.S.C. §§ 1818 and 1819 and 15 U.S.C. § 57a(f). The information you provide may be disclosed to the institution which is the subject of the complaint or inquiry and to any third party sources, when necessary to investigate or resolve the complaint or inquiry; to the Federal or State supervisory authority that has direct supervision over the financial institution that is the subject of the complaint or inquiry; to appropriate Federal, state or local authorities agencies if a violation or possible violation of a civil or criminal law is apparent; to a congressional office in response to an inquiry made at your request; to a court, magistrate or administrative tribunal in the event of litigation, or in accordance with the other "routine uses of records" listed in the FDIC's Consumer Complaint and Inquiry System of Records, # 30 64-0005. Completing this form is voluntary, but failure to provide all of the information may delay or preclude investigation of your complaint or inquiry.

- Home
- Contact Us
- Search
- Help
- SiteMap
- Forms
- En Español

- Website Policies
- Privacy Policy
- Accessibility Statement
- Plain Writing Act of 2010
- USA.gov

- Freedom of Information Act (FOIA) Service Center
- FDIC Open Government Webpage
- No FEAR Act Data

*A 3/3*

**RW Daneluk Inc.**

| | |
|---|---|
| From: | paul corkum [paulcorkum@hotmail.com] |
| Sent: | May 17, 2018 7:14 AM |
| To: | Russ Daneluk |
| Subject: | Fwd: Inheritance Insurance Certificate |

Sent from my iPhone

Begin forwarded message:

> **From:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>
> **Date:** May 17, 2018 at 9:56:55 AM EDT
> **To:** paulcorkum@hotmail.com
> **Subject: Inheritance Insurance Certificate**
> **Reply-To:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>



FEDERAL DEPOSIT INSURANCE CORPORATION

Dear Business Customer,

This is a notification regarding the GRANT PETER estate domiciled at JP MORGAN CHASE BANK N.A. Your certificate is almost ready and Upon the issuance of your certificate, a soft copy would be sent to you via email and the hard copy would be posted to JP MORGAN CHASE BANK N.A. for the process and release of your Inheritance payment draft.

Certificate Issuance process bar:

A.3/4

**RW Daneluk Inc.**

| | |
|---|---|
| **From:** | paul corkum [paulcorkum@hotmail.com] |
| **Sent:** | June 04, 2018 6:03 AM |
| **To:** | Russ Daneluk |
| **Subject:** | Fwd: Inheritance Insurance Certificate completed. |
| **Attachments:** | Soft - Copy.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>
> **Date:** June 4, 2018 at 9:00:10 AM EDT
> **To:** paulcorkum@hotmail.com
> **Subject: Inheritance Insurance Certificate completed.**
> **Reply-To:** FDIC WASHINGTON OFFICE <inheritancedocument@fddic.com>



FEDERAL DEPOSIT INSURANCE CORPORATION

Dear Business Customer,

This is a notification that your Insurance certificate and cover letter has been sent to your nominated bank for further processing. An attached soft copy is included in this correspondent. Thanks for insuring your inheritance with the Federal Deposit Insurance Corporation.

note that the original copy of the certificate is different from the attached soft-copy.

*A 3/5*

# FEDERAL DEPOSIT INSURANCE CORPORATION

## WASHINGTON, D.C.



Hereby certifies that Mr. Paul Corkum the owner of the deposits in J.P MORGAN CHASE BANK N.A and all other United States of America financial institutions are hereby insured to the maximum amount provide by the institutions to the Federal Deposit Insurance Act.



**EXECUTIVE SECRETARY**

**CHAIRMAN OF THE BOARD OF DIRECTORS**

CERTIFICATE ref: 1739/fdic/383/washington

A3/6

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK

**JP MORGAN CHASE BANK**
PO Box   754
San Antonio, TX 78265

70-2382/719

0014253721

09/10/2017

Pay    ONE HUNDRED SIXTY FIVE THOUSAND AND 00/100                              Dollars   $    165,000.00

To The
Order Of    FEDERAL DEPOSIT INSURANCE CORPORATION

REMITTANCE VOID IF NOT CASHED WITHIN 90 DAYS

AUTHORIZED SIGNATURE

⑈0014253721⑈ ⑆071923828⑆ 003511001⑈

1/26/2019                                    Whois draftissue.com

 **Whois**
Identity for everyone

| | | | WHOIS |

HOME    DOMAINS    WEBSITES    HOSTING    CLOUD    EMAIL    SECURITY    WHOIS    SUPPORT                    LOGIN    ⁰

# draftissue.com

Updated 1 second ago ↻

## Domain Information

| | |
|---|---|
| Domain: | draftissue.com |
| Registrar: | PDR Ltd. d/b/a PublicDomainRegistry.com |
| Registered On: | 2018-03-20 |
| Expires On: | 2019-03-20 |
| Updated On: | 2018-03-20 |
| Status: | clientTransferProhibited |
| Name Servers: | muamihost.earth.orderbox-dns.com |
| | muamihost.mars.orderbox-dns.com |
| | muamihost.mercury.orderbox-dns.com |
| | muamihost.venus.orderbox-dns.com |

## Registrant Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin8710@yahoo.com |

## Administrative Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin8710@yahoo.com |

**Interested in similar domains?**

| | |
|---|---|
| **thedraftissue.com** | Buy Now |
| **draftanswer.com** | Buy Now |
| **draftissue.net** | Buy Now |
| **mydraftissue.com** | Buy Now |
| **bettingissue.net** | Buy Now |

.space

$24.88   $1.48

BUY NOW

*Offer ends 31st January 2019

**On Sale!**

.WORLD

.WORLD @ $2.88 $29.88


Introducing
WORDPRESS HOSTING
$3.58/mo
VIEW MORE

*A4/2*

1/26/2019                                                    Whois draftissue.com

## Technical Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

## Raw Whois Data

```
Domain Name: DRAFTISSUE.COM
Registry Domain ID: 2241205197_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2018-05-20T02:30:46Z
Creation Date: 2018-03-20T15:56:39Z
Registrar Registration Expiration Date: 2019-03-20T15:56:39Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Cynthia Medeiros
Registrant Organization:
Registrant Street: 5 Myrtle Street
Registrant City: Pretoria
Registrant State/Province: Gauteng
Registrant Postal Code: 0184
Registrant Country: ZA
Registrant Phone: +27.810027970
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: cpiin0710@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Cynthia Medeiros
Admin Organization:
Admin Street: 5 Myrtle Street
Admin City: Pretoria
Admin State/Province: Gauteng
Admin Postal Code: 0184
Admin Country: ZA
Admin Phone: +27.810027970
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cpiin0710@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Cynthia Medeiros
Tech Organization:
Tech Street: 5 Myrtle Street
Tech City: Pretoria
Tech State/Province: Gauteng
Tech Postal Code: 0184
Tech Country: ZA
Tech Phone: +27.810027970
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: cpiin0710@yahoo.com
Name Server: muamihost.earth.orderbox-dns.com
Name Server: muamihost.mars.orderbox-dns.com
Name Server: muamihost.mercury.orderbox-dns.com
Name Server: muamihost.venus.orderbox-dns.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
```

A4/3

1/26/2019                                              Whois draftissue.com

```
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-26T06:56:06Z <<<

For more information on Whois status codes, please visit
https://icann.org/epp

Registration Service Provided By:

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as
is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail, electronic mail,
or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar
of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.
```

## related domain names

publicdomainregistry.com    icann.org    orderbox-dns.com    yahoo.com    internic.net

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
G Suite
SSL Certificates
Sitelock

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

## Follow Us

LOGIN        OR        CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement

1/26/2019                                          Whois fddic.com


Whois
Identity for everyone

| | | | WHOIS |

HOME    DOMAINS    WEBSITES    HOSTING    CLOUD    EMAIL    SECURITY    WHOIS    SUPPORT                    LOGIN    0

# fddic.com                                    Updated 1 second ago ↻

### Interested in similar domains?

## Domain Information

| | |
|---|---|
| Domain: | fddic.com |
| Registrar: | PDR Ltd. d/b/a PublicDomainRegistry.com |
| Registered On: | 2018-04-30 |
| Expires On: | 2019-04-30 |
| Updated On: | 2019-01-15 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.superbytehosting.com |
| | ns2.superbytehosting.com |

**fddicgroup.com**    Buy Now

**fddic.net**    Buy Now

**thefddic.com**    Buy Now

**fddicgroup.net**    Buy Now

**thefddic.net**    Buy Now

## Registrant Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

.space

$24.88 $1.48

BUY NOW

Offer ends 31st January 2019

On Sale!

.store

.STORE @ $5.88 $29.98



Introducing
WORDPRESS
HOSTING
$3.58/mo
VIEW MORE

## Administrative Contact

| | |
|---|---|
| Name: | Cynthia Medeiros |
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiin0710@yahoo.com |

## Technical Contact

A 4/5

1/26/2019                                                      Whois fddic.com

| Name: | Cynthia Medeiros |
|---|---|
| Street: | 5 Myrtle Street |
| City: | Pretoria |
| State: | Gauteng |
| Postal Code: | 0184 |
| Country: | ZA |
| Phone: | +27.810027970 |
| Email: | cpiim0710@yahoo.com |

## Raw Whois Data

```
Domain Name: FDDIC.COM
Registry Domain ID: 2258531918_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2018-06-30T02:27:00Z
Creation Date: 2018-04-30T14:38:25Z
Registrar Registration Expiration Date: 2019-04-30T14:38:25Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Cynthia Medeiros
Registrant Organization:
Registrant Street: 5 Myrtle Street
Registrant City: Pretoria
Registrant State/Province: Gauteng
Registrant Postal Code: 0184
Registrant Country: ZA
Registrant Phone: +27.810027970
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: cpiim0710@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Cynthia Medeiros
Admin Organization:
Admin Street: 5 Myrtle Street
Admin City: Pretoria
Admin State/Province: Gauteng
Admin Postal Code: 0184
Admin Country: ZA
Admin Phone: +27.810027970
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cpiim0710@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Cynthia Medeiros
Tech Organization:
Tech Street: 5 Myrtle Street
Tech City: Pretoria
Tech State/Province: Gauteng
Tech Postal Code: 0184
Tech Country: ZA
Tech Phone: +27.810027970
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: cpiim0710@yahoo.com
Name Server: ns1.superbytehosting.com
Name Server: ns2.superbytehosting.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-26T06:57:43Z <<<
```

1/26/2019                                                      Whois fddic.com

For more information on Whois status codes, please visit
https://icann.org/epp

Registration Service Provided By:

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as
is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass
unsolicited,
commercial advertising or solicitations via direct mail, electronic mail,
or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar
of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

## related domain names

publicdomainregistry.com    icann.org    orderbox-dns.com    yahoo.com    internic.net

## Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
G Suite
SSL Certificates
Sitelock

## Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

## Follow Us

LOGIN        OR        CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement