

Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

May 28, 2019

United States District Court
Susan Y. Soong
450 Golden Gate Ave., Box 36060
San Francisco, CA 94102

Subject: Response to Federal Civil Subpoena

Case name: In Re Application of Edward D. Fagan
Agency reference name: 19mc80044LB
Bank reference number: 21850291

Dear Susan Y. Soong

We received your subpoena on 05/22/2019. To confirm you have met the requirements of the Right to Financial Privacy Act (RFPA), please provide us with a Certificate of Compliance within 14 days from the date of this letter. If we do not receive this document, we will not be able to produce the requested records.
How to send us your certificate
   * Please send the Certificate of Compliance with a coversheet and your bank reference number, in either of the following ways:
      * By fax: (866) 359-9145
      * By mail:
            PO Box 29728 S4001-01F
            Phoenix, AZ 85038

If you have questions or find this letter inconsistent with your understanding of the situation, please call us at (480)724-2000  Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time

Thank you.

Sincerely,

*Dawn Ward*

Dawn Ward
Operations Manager
Summons and Subpoenas Department





**WELLS FARGO**

Wells Fargo Bank, N.A.
Subpoena Processing Department
MAC S4001-01F
P.O. Box 29728
Phoenix, AZ 85038

U.S. POSTAGE  PITNEY BOWES

ZIP 28269   $ 000.38
02 4W
0000359634 MAY 30 2019



**05/31/19**

RECEIVED

JUN 17 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



9410233489 C004